103 F.3d 112
 Scott A. Fountain
v.
Kevin Brophy, Hearing Officer, USP Lewisburg, William
Henderson, Unit Manager, MAB Unit, USP Lewisburg, N. Aponte,
SIA Officer at USP Lewisburg, R. Rose, Regional Director
Delegate, North Central Regional Office, Kansas City, MO,
John L. Megathlin, Administrator (Remedy Appeals) at Central
Office of Bureau of Prisons, Washington, DC, Bureau of Prisons
 NO. 96-7516
 United States Court of Appeals,
Third Circuit.
 Nov 29, 1996
 
 Appeal From: M.D.Pa., No. 93-CV-00903,
 Rambo, J.
 
 
 1
 AFFIRMED.